UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAI RAIL, INC.,

          Plaintiff,

    v.

SUPERIOR SILICA SANDS LLC,

          Defendant.

Case No.  3:19-cv-03001-JSC

**ORDER REQUESTING STATUS UPDATE**

The Court issued an order on July 16, 2019, staying this action due to Defendant's bankruptcy status. (Dkt. No. 19.) On January 6, 2025, Plaintiff filed a status report indicating the Chapter 11 bankruptcy, which included Defendant Superior Silica Sands, LLC, remained pending. (Dkt. No. 29.) The docket does not reflect any case activity since that date. The parties shall submit a joint status update by April 10, 2026 explaining the status of the bankruptcy action and its expected resolution.

    **IT IS SO ORDERED.**

Dated: March 27, 2026

_____

JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California